STATE OF MAINE                                     SUPERIOR COURT
                                                      CIVIL ACTION
YORK, ss.                                      DOCKET NO. AP-00-104
                                               GAB- YOR-6/7/2001


CATHERINE FREEMAN-SPOHRER,

            Plaintiff

      v.                                    ORDER


TOM DENNEHY d/b/a
BELFAST COMPANY,

            Defendant


This appeal from a Small Claims judgment in favor of Ms. Freeman-Spohrer was heard on June 6. Belfast argues that Ms. Freeman-Spohrer reduced her damage claim to come within the jurisdictional limits of the Small Claims Court, $4,500. Ms. Freeman-Spohrer's complaint asserted damages of $4,500. and the court's judgment in her favor was for $3,900. plus costs. Because both the damages claimed, even if reduced, and the court's judgment are within the jurisdictional limits of the Small Claims court, this appeal must be denied. *Ahlgren v. Fabian*, 722 A.2d 869 (Me. 1999).


Dated:      June 7, 2001

PLAINTIFF:   PRO SE
             PO Box 310
             Shapleigh Me 04076
                                        G. Arthur Brennan
                                        Justice, Superior Court
DEFENDANT:   Norman H. Buchanan, Esq.
             PO Box 4290
             Portland Me 04101-4290